# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DILSHAD CHOWDHURY,

    Defendant.

_____/

Case No. 15-cr-20307

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER GRANTING DEFENDANT'S MOTION TO RELEASE DOCUMENTS AND ITEMS HELD IN EVIDENCE [#41]

Presently before the Court is Defendant Dilshad Chowdhury's Motion to Release Documents and Items Held in Evidence. Dkt. No. 41. Defendant pleaded guilty to Wire and Food Stamp Fraud and began serving his sentence of imprisonment on December 20, 2016. *Id.* at pg. 1 (Pg. ID 148). On April 18, 2018, Defendant was released to home confinement. *Id.* Defendant requests the return of documents seized by the Federal Bureau of Investigations ("FBI"), including: Defendant's birth certificate, passport, naturalization certificate, social security card, and the death certificate of Defendant's mother. *Id.* Defendant requests these documents so that he is able to obtain employment during his time on home confinement. *Id.* Defendant also requests the return of several other personal items

1

seized by the FBI, including: Defendant's cell phone, the cell phone of Defendant's wife, an IPAD, and an Android tablet. *Id.* at pg. 2 (Pg. ID 149).

Defendant's case is closed and Defendant has been released to home confinement. Accordingly, the Court **ORDERS** Plaintiff to return the aforementioned items to Defendant.

IT IS SO ORDERED.


Dated: May 24, 2018

s/Gershwin A. Drain  
HON. GERSHWIN A. DRAIN  
United States District Court Judge